Robert R. Pohls (California Bar #131021)
**Pohls & Associates**
12657 Alcosta Boulevard, Suite 150
San Ramon, California  94583
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorneys for Plaintiff **Francisco Guenaga**

J. Anthony Abbott (California Bar #83975)
**Mayall, Hurley, Knutsen, Smith & Green**
2543 Grand Canal Boulevard
Stockton, California, 95207
Telephone:  (209) 477-3833
Facsimile:  (209) 473-4818

Attorneys for Defendants **Timothy Canevari, Genova Bakery, Inc.** and **Genova Bakery, Inc. 401(k) Profit Sharing Plan**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GUENAGA, | Case No. 2:08-CV-01551-GEB-DAD |
| Plaintiff, | **STIPULATION AND ORDER FOR VOLUNTARY DISPUTE RESOLUTION REFERRAL** |
| vs. | |
| TIMOTHY CANEVARI; GENEVO BAKING, INC.; and GENOVA BAKING, INC. 401(k) PROFIT SHARING PLAN, | |
| Defendants. | |

Pursuant to Local Rule 16-271, the parties to the above-entitled action, by and between their respective attorneys of record, hereby stipulate as follows:

1.  The parties have conferred regarding whether they are willing to participate in the Voluntary Dispute Resolution Program (VDRP), and when the VDRP session, if any, should be held.  (Local Rule 16-271(d)(1)).

2. Counsel for the respective parties have explained to their clients the local VDRP rules and process, and the parties, with assistance of counsel, have considered whether the case might benefit from participation in the VDRP. (Local Rule 16-271(d)(2)).

3. The parties have agreed to a VDRP referral.

4. The VDRP session shall take place within 60 days of the October 27, 2008, status conference and prior to initiation by any party of discovery other than Rule 26(a)(1) disclosures. (Local Rule 16-271(i)(2)(A)(C)).

5. The Neutral shall file confirmation of completion of the VDRP session not later than fourteen (14) court days following completion of the VDRP session. (Local Rule 16-271(i)(2)(A), (n)).

Respectfully submitted,

***POHLS & ASSOCIATES***

By: _____

Robert R. Pohls
Attorneys for Plaintiff
**Francisco Guenaga**

***MAYALL, HURLEY, KNUTSEN, SMITH & GREEN***

By: /S/_____

J. Anthony Abbott
Attorneys for Defendants **Timothy Canevari, Genova Bakery, Inc.** and **Genova Bakery, Inc. 401(k) Profit Sharing Plan**

//

1 **ORDER**

2     The stipulation of the parties having been considered, therefore,

3     **IT IS ORDERED,** that the above matter is referred to the Voluntary Dispute Resolution

4 Program.

5

6 DATED: 10/22/08

7                                        _____

8                                        UNITED STATES DISTRICT JUDGE