IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO GUENAGA, | ) | 2:08-cv-01551-GEB-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: SETTLEMENT |
| | ) | AND DISPOSITION |
| TIMOTHY CANEVARI; GENOVA BAKING, INC.; and, GENOVA BAKING, INC. 401(k) PROFIT SHARING PLAN, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

      Attorney James M. Nelson, appointed to conduct a proceeding in this action under the Voluntary Dispute Resolution Program, states in a letter dated December 1, 2008 that this action "was settled subject to more thorough documentation;" and that the date for filing a dispositive document should not be set before March 10, 2009.  Therefore, a dispositional document shall be filed no later than March 11, 2009.  Failure of a party to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.

See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Dated: December 8, 2008

                             /s/ Garland E. Burrell, Jr.
                             GARLAND E. BURRELL, JR.
                             United States District Judge